UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JARED S. FICHTELBERG,

    Plaintiff,

v.                                      Case No:   2:16-cv-78-FtM-38CM

EMPIRE BUFFET, INC,

    Defendant.
_____/

**ORDER**[1]

This matter comes before the Court on the Honorable Carol Mirando's Report and Recommendation (Doc. #9) filed on August 21, 2016.  Judge Mirando recommends dismissing this case because *pro se* Plaintiff Jared S. Fichtelberg has not complied with the Court's previous Order, nor has he cured the deficiencies in his complaint, despite having the opportunity to do so.  (Doc. #9).  No party objects to the Report and Recommendation, and the time to do so has expired.  Thus, the Report and Recommendation is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.  *See* 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).  In the absence of specific objections, there is no requirement that

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See *Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After independently examining the file and upon carefully considering Judge Mirando's findings and recommendations, the Court accepts the Report and Recommendation (Doc. #9).

Accordingly, it is now **ORDERED:**

(1) The Report and Recommendation (Doc. #9) is **ACCEPTED and ADOPTED** and the findings incorporated herein. This case is **DISMISSED**.

(2) The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of September, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record